# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**STEVEN GERALD HODGE,**

      **Plaintiff,**

**v.**                                             Case No:   6:13-cv-523-Orl-31GJK

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

# ORDER

This cause comes before the Court on Plaintiff's counsel's Request for Authorization to Charge a Reasonable Fee Pursuant to 42 U.S.C. § 406(b) (Doc. 27) filed September 25, 2020.

On September 28, 2020, the United States Magistrate Judge issued a report (Doc. 28) recommending that the request be granted. A Joint Notice of No Objection to the Report and Recommendation was filed September 29, 2020 (Doc. 29).   Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Request for Authorization to Charge a Reasonable Fee is **GRANTED**. Counsel is authorized to charge and collect from Plaintiff additional fees in the amount of $13,072.25.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on September 30, 2020.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge,
Counsel of Record, Unrepresented Party